IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLYDE WALLACE,                )
                              )
      Plaintiff,         )
                              )
   vs.                        )   Civil Case No. 02-636-DRH
                              )
BRETT A. KLINDWORTH,          )
                              )
      Defendant.        )

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a sua sponte recommendation that plaintiff's claim against defendant Klindworth be dismissed with prejudice as a sanction for his failure to comply with pretrial orders entered on March 25, 2004, January 25, 2005, and March 16, 2005.

On March 25, 2004, plaintiff was directed to advise the Court an opposing counsel of any further change in his mailing address within 7 days. He was warned that failure to comply could result in sanctions, including dismissal. Plaintiff was released from prison on approximately July 2, 2004. He did not inform the Court of his release or provide a new mailing address.

On January 25, 2005, the parties were directed to jointly prepare and submit a proposed final pretrial order. Plaintiff received a copy of this order from defense counsel but failed to make an effort to prepare or submit a pretrial order.

On March 16, 2005, the parties were ordered to show cause why sanctions should not be imposed pursuant to Rule 16(f). Plaintiff failed to respond to this order.

Pursuant to Rule 16(f), the Court may impose sanctions, including dismissal, when a party fails to obey a pretrial order. In view of plaintiff's repeated failure to obey pretrial orders and the lack of justification, dismissal is warranted.

IT IS RECOMMENDED that plaintiff's claim against defendant Klindworth be DISMISSED with prejudice pursuant to Rule 16(f).

**DATED:   April 5, 2005   .**

> *s/Philip M. Frazier*
> **PHILIP M. FRAZIER**
> **UNITED STATES MAGISTRATE JUDGE**