IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLYDE WALLACE,**

**Plaintiff,**

vs.

**BRETT A. KLINDWORTH,**

**Defendant.**                                                      **No. 02-CV-636-DRH**

**ORDER**

**HERNDON, District Judge:**

On December 22, 2003, the Court conducted a threshold review of this case and dismissed Count 2 of Plaintiff's complaint against Defendant Guy Pierce with prejudice and Count 3 of Plaintiff's complaint against Defendant Brett Klindworth ("Defendant Klindworth") without prejudice (Doc. 5). Count 1 of Plaintiff's complaint against Defendant Klindworth alleging excessive use of force survived threshold review (*Id.*).

On April 5, 2005, pursuant to **28 U.S.C. § 636(b)(1)(B)**, United States Magistrate Philip M. Frazier submitted a Report and Recommendation (the "Report") based on "a sua sponte recommendation that [*pro se*] plaintiff's claim against defendant Klindworth be dismissed with prejudice as a sanction for his failure to comply with pretrial orders entered on March 25, 2004, January 25, 2005, and March 16, 2005" (Doc. 20 at p. 1). The Report recommends that the Court dismiss Plaintiff's claim against Defendant Klindworth with prejudice pursuant to **FEDERAL**

1

**RULE OF CIVIL PROCEDURE 16(f)**.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, neither party has filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report in its entirety (Doc. 20). Plaintiff's claim of excessive force against Defendant Klindworth in Count 1 of the Complaint is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Signed this 18th day of May, 2005.

/s/   David RHerndon
**United States District Judge**

2